**Opinion issued May 16, 2013**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-12-00863-CV

———————————

**TENNESSEE GAS PIPELINE COMPANY, Appellant**

**V.**

**DELTA GULF CORPORATION, Appellee**

---

**On Appeal from the 215th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2009-55773**

---

### MEMORANDUM OPINION

This is an appeal from a judgment signed June 8, 2012. On May 2, 2013, the parties filed a joint motion for disposition pursuant to settlement agreement, requesting that we vacate the trial court's judgment, dismiss the case, and release

the supersedeas bond and discharge Continental Casualty Company as surety. *See* TEX. R. APP. P. 42.1(a)(2)(A). No opinion has issued.

The motion is granted, the trial court's judgment is vacated, and the case is dismissed. *See* TEX. R. APP. P. 42.1(a)(2)(A), 43.2(e). We further order that the supersedeas bond is released and Continental Casualty Company is discharged as surety. We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Sharp and Massengale.